In the Matter of LEONARD RESTA, Also Known as LEONARDO RESTA, an Attorney, Respondent. SOLOMON A. KLEIN, Petitioner.

906

Beldock, P. J., Christ, Rabin, Benjamin and Munder, JJ., concur.